# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Saylor, F. Dennis IV | U.S. District Court, Mass. | 05/09/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Boston University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/16-5/16 | Boston University School of Law - teaching | $9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | U.S. Department of Justice - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association (NYIPLA) | 4/1/16-4/2/16 | New York NY | NYIPLA Annual Dinner in Honor of Federal Judiciary | Transportation, meals, lodging |
| 2. | Duke University School of Law - The Duke Law Center for Judicial Studies | 10/26/16 | Washington, DC | Duke Law MDL Conference - Panel Speaker | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 4. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 5. Fidelity 500 Index Fund | B | Dividend | K | T | | | | | |
| 6. Fidelity Mid Cap Stock Mutual Fund | C | Dividend | K | T | Sold (part) | 05/06/16 | J | | |
| 7. | | | | | Sold (part) | 05/09/16 | J | | |
| 8. | | | | | Sold (part) | 08/25/16 | J | | |
| 9. Fidelity Growth Co. Mutual Fund | D | Dividend | L | T | Sold (part) | 04/01/16 | J | | |
| 10. | | | | | Sold (part) | 05/06/16 | J | | |
| 11. | | | | | Sold (part) | 05/09/16 | J | | |
| 12. Fidelity UFund 429 Plan | A | Dividend | M | T | Sold (part) | 07/13/16 | J | | |
| 13. | | | | | Sold (part) | 11/14/16 | J | | |
| 14. Fidelity UFund 429 Plan | A | Dividend | | | Sold (part) | 07/01/16 | K | | |
| 15. | | | | | Sold | 11/14/16 | K | | |
| 16. IRA Fidelity: Japan Mutual Fund | A | Dividend | J | T | | | | | |
| 17. IRA Fidelity: Contrafund Mutual Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | K | T | | | | | |
| 19. IRA Fidelity: Puritan Mutual Fund | D | Dividend | M | T | | | | | |
| 20. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | K | T | | | | | |
| 21. IRA Fidelity: Magellan Mutual Fund | A | Dividend | K | T | | | | | |
| 22. IRA Fidelity: Blue Chip Growth Mutual Fund | B | Dividend | K | T | | | | | |
| 23. IRA Fidelity: 500 Index Fund | B | Dividend | L | T | | | | | |
| 24. IRA Fidelity: Capital Appreciation Fund | D | Dividend | M | T | | | | | |
| 25. IRA Fidelity: Contrafund | D | Dividend | N | T | | | | | |
| 26. IRA Fidelity: Fidelity Fund | D | Dividend | M | T | | | | | |
| 27. IRA Fidelity: Mid-Cap Stock Fund | B | Dividend | K | T | | | | | |
| 28. IRA Fidelity: Real Estate Investment Fund | B | Dividend | K | T | | | | | |
| 29. IRA Fidelity: Value Fund | B | Dividend | M | T | | | | | |
| 30. IRA Fidelity: Cash Reserves | A | Dividend | J | T | | | | | |
| 31. Vanguard 500 Index Mutual Fund | C | Dividend | M | T | | | | | |
| 32. Vanguard US Growth Mutual Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard 500 Index Mutual Fund | A | Dividend | K | T | | | | | |
| 34. Vanguard 500 Index Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 Index Mutual Fund | A | Dividend | K | T | | | | | |
| 36. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 37. Vanguard Prime Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 38. Vanguard Prime Money Mkt. Fund | A | Dividend | L | T | | | | | |
| 39. IRA Vanguard: 500 Index Mutual Fund | D | Dividend | N | T | | | | | |
| 40. Brown Forman Corp. stock | A | Dividend | J | T | Sold (part) | 04/08/16 | J | | |
| 41. | | | | | Sold (part) | 05/09/16 | J | | |
| 42. | | | | | Sold (part) | 09/21/16 | J | | |
| 43. General Electric Co. stock | A | Dividend | J | T | Sold (part) | 04/08/16 | J | | |
| 44. BP PLC stock | A | Dividend | J | T | | | | | |
| 45. Int'l Paper Co. stock | A | Dividend | J | T | | | | | |
| 46. United Technologies Corp. stock | A | Dividend | J | T | Sold (part) | 05/09/16 | J | | |
| 47. Verizon Communications Corp. stock | A | Dividend | J | T | Sold (part) | 04/08/16 | J | | |
| 48. TriContinental Corp. Mutual Fund | A | Dividend | | | Sold | 05/09/16 | J | | |
| 49. Frontier Communications Corp. | A | Dividend | | | Sold | 05/09/16 | J | | |
| 50. Bank of India CD | A | Interest | | | Redeemed | 01/27/16 | L | | |
| 51. Bank of Hapoalim CD | A | Interest | | | Buy | 02/11/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed | 08/11/16 | L | | |
| 53. Bank of India CD | A | Interest | | | Redeemed | 04/27/16 | L | | |
| 54. Bank of India CD | A | Interest | | | Redeemed | 04/27/16 | J | | |
| 55. Bank of India CD | A | Interest | | | Redeemed | 06/29/16 | L | | |
| 56. Bank of India CD | A | Interest | | | Redeemed | 06/29/16 | J | | |
| 57. Bank of China CD | A | Interest | | | Buy | 07/27/16 | L | | |
| 58. | | | | | Redeemed | 10/27/16 | L | | |
| 59. Bank of China CD | A | Interest | J | T | Buy | 07/27/16 | J | | |
| 60. Bank of China CD | A | Interest | | | Buy | 08/10/16 | K | | |
| 61. | | | | | Redeemed | 11/10/16 | K | | |
| 62. Bank of China CD | A | Interest | L | T | Buy | 11/30/16 | L | | |
| 63. Bank of Hapoalim CD | A | Interest | K | T | Buy | 12/14/16 | K | | |
| 64. Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 65. Third Avenue Value Mutual Fund | A | Dividend | | | Sold | 05/18/16 | K | | |
| 66. Franklin Templeton World Fund A Mutual Fund | A | Dividend | J | T | | | | | |
| 67. T. Rowe Price New Horizons Mutual Fund | B | Dividend | K | T | | | | | |
| 68. MONY: Life Insurance Policies | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 05/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **F. Dennis IV Saylor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544